# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01087-BNB

JASMINE MARIE MARTINEZ,

    Plaintiff,

v.

NOBLE WALLACE, Warden,
RAE RICE, Head Nurse, and
JANE DOE, Nurse,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 4 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion Requesting Adjustments in Monthly Payments filed with the Court on July 19, 2006, is DENIED. Plaintiff is to make monthly payments as directed in the Court's June 29, 2006, Order.

Dated: July 24, 2006

A copy of this Minute Order mailed on July 24, 2006, to the following:

Jasmine M. Martinez
Prisoner No. 87973
DWCF
PO Box 392005
Denver, CO 80239

    */s/*
    Secretary/Deputy Clerk